### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

       **Plaintiff/Respondent,**

**v.**                         **No.**    **CV 16-0449 RB/LAM**
                                           **CR 13-1476 RB**

**ROBERT MARTINEZ JR.,**

       **Defendant/Movant.**

## <u>ORDER TO SUBMIT PRESENTENCE REPORT</u>

**THIS MATTER** is before the Court *sua sponte*.   In their briefing on Defendant/Movant's § 2255 Motion, the parties rely on and discuss Defendant/Movant's Presentence Report, with a subsequent addendum, and disagree as to Defendant/Movant's advisory guideline range. *Compare, e.g.,* [*Doc. 1* at 2] (stating that Defendant/Movant's advisory guideline range was 70 to 87 months) *with* [*Doc. 7* at 2] (stating that Defendant/Movant's advisory guideline range was 77 to 96 months).   Neither party has filed the Presentence Report or the addendum in this case, nor have they otherwise submitted it to the undersigned for review.   The Court, therefore, will require that **within ten (10) days of entry of this Order** Defendant/Movant, through counsel, either file the Presentence Report and any addenda under seal or e-mail it to lmproposedtext@nmcourt.fed.us.

       **IT IS SO ORDERED**.

                                 *Lourdes A. Martínez*
                                **LOURDES A. MARTÍNEZ**
                                **UNITED STATES MAGISTRATE JUDGE**